ANTHONY BROMS, Respondent, v. DOMINIC CALABRO, Defendant, Impleaded with JOHN GREEN, Appellant. ANTONIO CALABREZE, Respondent, v. DOMINIC CALABRO, Defendant, Impleaded with JOHN GREEN, Appellant. FRANK PATRICELLI, Respondent, v. DOMINIC CALABRO, Defendant, Impleaded with JOHN GREEN,

Appellant.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.